# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

Bridget M. McCormack,
Chief Justice

161506

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

CITY OF BAD AXE, CITY OF BAD AXE
DEPARTMENT OF PUBLIC WORKS, CITY OF
BAD AXE WASTEWATER TREATMENT
FACILITY,
     Plaintiffs-Appellees,

v

PAMAR ENTERPRISES, INC., and SECURA
SUPREME INSURANCE COMPANY,
     Defendants-Appellants.

SC: 161506
COA: 345810
Huron CC: 16-105392-CK

_____/

On order of the Court, the application for leave to appeal the January 14, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



b0222

Clerk